# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

UNITED STATES OF AMERICA,
      Plaintiff

    v.                           CASE NUMBER: 06-C-908
                                                (04-CR-308)

CHRISTOPHER TAYLOR,
      Defendant

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED Taylor's motion for relief under 28 U.S.C. Sec. 2255 is DISMISSED.

| | |
|---|---|
|       May 15, 2007 | JON W. SANFILIPPO |
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |